UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DEJUAN EMERSON,  )<br>)<br>Petitioner,  )<br>v.  )   No. 1:05-cv-1166-JDT-WTL<br>)<br>STAN KNIGHT,  )<br>)<br>Respondent.  ) | |

## J U D G M E N T

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the petitioner take nothing by his petition for a writ of habeas corpus and this action is **dismissed with prejudice.**

Date: 3/27/2006

Laura Briggs, Clerk
United States District Court

John Daniel Tinder, Judge
United States District Court

*Evelyn A. Hollins*
By: Deputy Clerk

Distribution:

Dejuan Emerson
DOC 11190
Pendleton Correctional Facility
P.O. Box 30
Pendleton, IN 46064

Office of the Indiana Attorney General
Indiana Government Center South, Fifth Floor
402 West Washington Street
Indianapolis, IN 46204-2770